**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 7 |
| Ronald D. Gigliotti and Carol A. Gigliotti, | : | |
| Debtors. | : | Case No. 11-18910(JKF) |
| In re | : | Chapter 7 |
| John C. Gigliotti, | : | |
| Debtor. | : | Case No. 12-11986 |
| Daniel R. Black and Caryn Black, | : | |
| Plaintiffs, | : | |
| v. | : | |
| Ronald D. Gigliotti and John Gigliotti, | : | |
| Defendants. | : | Adversary No. 12-0449<br>Adversary No. 12-0471 |

## ORDER

And this 25th day of March, 2014, upon the parties' Cross-Motions for Summary Judgment and for the reasons stated in the Memorandum Opinion, it is hereby **ordered** that the Defendants' Motion for Summary Judgment is **granted** and the Plaintiffs' Motion for Summary Judgment is **denied**.

_____
JEAN K. FITZSIMON
United States Bankruptcy Judge

Copies to:

**Plaintiff's Counsel**
David F. Gould, III, Esquire
Gould Law Associates, PC
20 S. Pine Street
Doylestown, PA 18901

**Defendant's Counsel**
Robert W. Seitzer, Esquire
Aris J. Karalis, Esquire
Maschmeyer Karalis P.C.
1900 Spruce Street
Philadelphia, PA 19103